167 So.2d 665

### Edwin L. EDELEN et ux.

v.

### ZURICH INSURANCE COMPANY et al.

No. 47398.

Oct. 7, 1964.

In re: Edwin L. Edelen and his wife, Clara A. Edelen applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Ouachita. 165 So.2d 576.

Writ denied. No error of law under the facts found by the Court of Appeal.

167 So.2d 666

### Florence Joseph SLIMAN

v.

### Joseph SLIMAN.

No. 47401.

Oct. 7, 1964.

In re: Florence Joseph Sliman applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Landry. 164 So.2d 643.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.